1  Nunzio Donato Ciaraulo
   1520 N. Hayworth Avenue, #11
2  Los Angeles, California 90046
   Phone Number: (818) 448-3027
3  Email: donato@vivolicafe.com
   Nunzio Donato Ciaraulo, *In Pro Per*

**FILED**

**SEP 2 2 2025**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

4

5

6

7  **UNITED STATES BANKRUPTCY COURT**

   **CENTRAL DISTRICT OF CALIFORNIA**

8  **SAN FERNANDO VALLEY DIVISION**

9
   In re:                                    Chapter 7 (Reopened)
10                                           Case No. 1:10-bk-16948-GM
   NUNZIO DONATO CIARAULO,
11
            Debtor,
12                                           Hon. Geraldine Mund

13
   ──────────────────────────────────

14                                           **NOTICE OF REMOVAL OF STATE**
   KFT PROPERTIES, LLC,                       **COURT ACTION TO UNITED STATES**
15                                           **BANKRUPTCY COURT PURSUANT TO 28**
            Plaintiff,                        **U.S.C. §§ 1334 AND 1452**
16
   v.                                        (Removed for State of Los Angeles Superior
17                                           Court, Case No. 25STUD07793)

18 NUNZIO DONATO CIARAULO,

19          Respondent.                      Date: November 18, 2025
                                             Time: 10:00 a.m.
20                                           Ctrm: 302
                                             Place: 21041 Burbank Blvd.
21                                                  Woodland Hills, CA 91367

22

23 **TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE**

24 **CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF, AND ITS ATTORNEYS OF**

25 **RECORD:**

26

27

28

Defendant, Nunzio Donato Ciaraulo, hereby removes the above-captioned unlawful detainer action

from the Superior Court of California, County of Los Angeles, to the United States Bankruptcy

Court for the Central District of California pursuant to 28 U.S.C. §§ 1334 and 1452, and

Bankruptcy Rule 9027.

## I. BACKGROUND

1.  On July 22, 2025, Plaintiff filed an Unlawful Detainer Complaint in Los Angeles Superior

    Court, Case No. 25STUD07793, against Defendant.

2.  On September 10, 2010, Defendant received a Chapter 7 discharge in Case No. 1:10-bk-

    16948-GM. The bankruptcy case was reopened in 2025 to address enforcement of the

    discharge injunction.

3.  Plaintiff's state court claims seek to enforce obligations and lease liabilities that were

    discharged in Defendant's bankruptcy case.

4.  On September 10, 2025, Defendant filed a Motion to Enforce Discharge Injunction as to

    Post-Financial Obligations Under Pre-Petition Lease and for Sanctions in the reopened

    bankruptcy case. A hearing on that motion is scheduled for November 18, 2025.

## II. BASIS FOR REMOVAL

1.  Bankruptcy Jurisdiction (28 U.S.C. § 1334)

    This action is related to Defendant's bankruptcy case and concerns the effect of the

    discharge injunction under 11 U.S.C. § 524. Enforcement of a discharge order falls under

    the exclusive jurisdiction of the Bankruptcy Court. *Gruntz v. County of Los Angeles*, 202

    F.3d 1074, 1082 (9th Cir. 2000).

2.  Removal Authority (28 U.S.C. § 1452 & Bankruptcy Rule 9027)

    Under 28 U.S.C. § 1452(a), a party may remove any claim or cause of action in a civil

    action to the district court (or bankruptcy court by reference) if such district court has

jurisdiction under § 1334. Bankruptcy Rule 9027 sets forth the procedure, and this Notice

complies with those requirements.

### III. NOTICE TO STATE COURT AND PLAINTIFF

Promptly after filing this Notice, Defendant will file a copy with the Clerk of the Los Angeles

Superior Court and serve Plaintiff as required by Bankruptcy Rule 9027(b).

### IV. ATTACHMENTS

Pursuant to Bankruptcy Rule 9027(a)(1), true and correct copies of the following are attached:

1. Exhibit A: Defendant's Motion to Enforce Discharge Injunction as to Post-Financial

    Obligations Under Pre-Petition Lease and for Sanctions (filed September 10, 2025).

### V. CONCLUSION

Because this case concerns the scope and enforcement of Defendant's bankruptcy discharge,

removal to this Court is proper. Defendant respectfully requests that the state court action be

deemed removed to this Court as of the filing of this Notice.

Dated: September 22, 2025

    Respectfully submitted,

    Nunzio Donato Ciaraulo
    Debtor, *In Pro Per*

Nunzio Donato Ciaraulo
1520 N. Hayworth Avenue, #11
Los Angeles, California 90046
Phone Number: (818) 448-3027
Email: donato@vivolicafe.com
Nunzio Donato Ciaraulo, *In Pro Per*

1

2

3    **UNITED STATES DISTRICT COURT**

4    **CENTRAL DISTRICT OF CALIFORNIA**

5

6    In re:                                                    CASE NO. 1:10-bk-16948-GM

7    NUNZIO DONATO CIARAULO,

8

9          Debtor,

10   _____          **PROOF OF SERVICE**
                                                **(Bankruptcy Court)**
11   KFT PROPERTIES, LLC,

12          Plaintiff,

13   v.

14

15   NUNZIO DONATO CIARAULO,

16          Respondent.

17   _____

18   I, Carlos Lassiter, declare as follows:

19        I am employed in the County of Los Angeles, State of California. I am over the age of 18 and

20   not a party to the within action; my business address is 2450 Colorado Avenue, Suite 100E, Santa

21   Monica, California 90404.

22        On **September 22, 2025,** I served the foregoing document(s) described as **NOTICE OF**

23   **REMOVAL OF STATE COURT ACTION TO UNITED STATES BANKRUPTCY COURT**

24   **PURSUANT TO 28 U.S.C §§ 1334 AND 1452,** upon the interested parties in this action by placing

25   a true and correct copy thereof as follows:

26   **UPON:**

27

28

**JOSHUA L. KOPPLE, ESQ., Attorney for KFT PROPERTIES, LLC**
**The Kopple Law Group, Inc.**
8938 W. Pico Blvd.
Los Angeles, California 90035
jlk@kopplelaw.com

[By Electronic Transmission]:

[X]   I served the foregoing document(s) as follows: I transmitted a PDF version of this document
      by electronic email to the party(s) identified above using the email address(es) indicated.

[X]   **(State) I declare under penalty of perjury under the laws of the State of California that**
      **the above is true and correct.**

Executed on **September 22, 2025**, at Santa Monica, California.

_Carlos Lassiter_
Carlos Lassiter
Anderson Legal Group, LLC
2450 Colorado Avenue, Suite 100E
Santa Monica, California 90404

# Exhibit A

1  Nunzio Donato Ciaraulo
2  1520 N. Hayworth Avenue, #11
   Los Angeles, California 90046
   Phone Number: (818) 448-3027
3  Email: donato@vivolicafe.com

4  Nunzio Donato Ciaraulo, *In Pro Per*

5

FILED

SEP 10 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

6

7  **UNITED STATES BANKRUPTCY COURT**
8  **CENTRAL DISTRICT OF CALIFORNIA**
   **SAN FERNANDO VALLEY DIVISION**

9

10  In re:                                    Case No. 1:10-bk-16948-GM

11  NUNZIO DONATO CIARAULO,
                                              Hon. Geraldine Mund
12            Debtor,

13  _____              **MOTION TO ENFORCE DISCHARGE**
                                              **INJUNCTION AS TO POST-FINANCIAL**
14                                            **OBLIGATIONS UNDER PRE-PETITION**
    NUNZIO DONATO CIARAULO,                   **LEASE AND FOR SANCTIONS**
15
              Movant,                         (Declaration of Nunzio Donato Ciaraulo Filed
16                                            Concurrently)
    v.
17                                                        18

18  KFT PROPERTIES, LLC,                      Date: November 5, 2025
                                              Time: 1:30 p.m.   10 AM
19            Respondent.                     Ctrm: 302
                                              Place: 21041 Burbank Blvd.
20                                                   Woodland Hills, CA 91367

21

22

23  TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE:

24  Movant, the above-named Debtor, respectfully moves this Court for an order enforcing the

25  discharge injunction entered on September 10, 2010, in Bankruptcy Case No. 1:10-bk-16948-GM

26  and holding Respondent KFT Properties, LLC, new owner of the Kopple Family Trust, in contempt

27

28

1  for attempting to collect post-petition rent and charges under a pre-petition residential lease that was

2  never reaffirmed or replaced.

## I. BACKGROUND

1. On September 10, 2010, Movant filed a voluntary Chapter 7 petition in the United States Bankruptcy Court, Central District of California, Case No. 1:10-bk-16948-GM **(See Attachment 1)**.

2. Movant listed a residential lease **(See Attachment 2)** with Respondent in Schedule G.

3. The Chapter 7 trustee did not assume the lease within 60 days; it was therefore deemed rejected pursuant to 11 U.S.C. § 365(d)(1).

4. On September 10, 2010, this Court entered an order granting Movant a discharge under 11 ~~U.S.C. § 727, eliminating personal liability on all obligations under the lease.~~

5. No reaffirmation agreement was executed, and no new lease was entered after discharge.

## II. VIOLATION OF DISCHARGE INJUNCTION

6. On July 22, 2025, Respondent filed an unlawful detainer complaint in Los Angeles Superior Court (Case No. 25STUD07793) seeking $16,079.46 for the period January 2025 to July 2025 **(See Attachment 3)**.

7. These alleged charges arise solely under the pre-petition lease and are therefore discharged obligations.

8. Respondent's demand for these amounts constitutes an act to collect a discharged debt, in violation of 11 U.S.C. § 524(a)(2). "See In re Munoz," 287 B.R. 546 (B.A.P. 9th Cir. 2002).

## III. RELIEF REQUESTED

Movant requests that the Court:

A. Declare that Respondent's claims for post-petition rent under the pre-petition lease are discharged;

1  **B.** Order Respondent to withdraw monetary claims in the unlawful detainer action;

2  **C.** Award actual damages, costs, and attorney's fees;

3  **D.** Award punitive damages for willful violation of the discharge injunction.

4  Dated: September 10, 2025

5          Respectfully submitted,

6

7          Nunzio Donato Ciaraulo
            Debtor, *In Pro Per*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF NUNZIO DONATO CIARAULO IN SUPPORT OF MOTION TO**

2    **ENFORCE DISCHARGE INJUNCTION**

3

4    I, Nunzio Donato Ciaraulo, declare:

5    1.    I am the Debtor in Chapter 7 Bankruptcy Case No. 1:10-bk-16948-GM in the United States

6    Bankruptcy Court for the Central District of California and the defendant in Los Angeles

7    Superior Court Case No. 25STUD07793.

8    2.    On [Filing Date], I filed a voluntary Chapter 7 petition and listed my residential lease with

9
      KFT Properties, LLC on Schedule G.
10

11   3.    The Chapter 7 trustee did not assume the lease within 60 days; it was deemed rejected

12   pursuant to 11 U.S.C. § 365(d)(1).

13   4.    On [Date of Discharge], I received a discharge under 11 U.S.C. § 727, eliminating all personal

14   liability for obligations under the lease.

15   5.    I have not executed any reaffirmation agreement or entered into a new lease with KFT

16   Properties, LLC after my discharge.

17

18   6.    On July 22, 2025, Respondent filed an unlawful detainer complaint against me seeking

19   $16,079.46 for the period January 2025 to July 2025. These charges arise solely from the pre-

20   petition lease.

21   7.    Because no reaffirmation or new agreement exists, these post-petition charges remain part of

22   the discharged obligation. Demanding such payment violates the discharge injunction under

23   11 U.S.C. § 524(a)(2).

24
     8.    The continuation of this collection effort through state court litigation has caused me
25
     emotional distress, anxiety, and financial hardship.
26

27

28

1        I declare under penalty of perjury under the laws of the United States and the State of

2    California that the foregoing is true and correct.

3

4    Executed on  _09-10_ , 2025, at _Los Angeles_ , California.

5

6                                            Nunzio Donato Ciaraulo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Nunzio Donato Ciaraulo
    1520 N. Hayworth Avenue, #11
2   Los Angeles, California 90046
    Phone Number: (818) 448-3027
3   Email: donato@vivolicafe.com
    Nunzio Donato Ciaraulo, *In Pro Per*

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8

9   N In re:                              CASE NO. 1:10-bk-16948-GM

10
    NUNZIO DONATO CIARAULO,
11
            Debtor,
12
                                          **PROOF OF SERVICE**
13  _____      **(Bankruptcy Court)**

14  NUNZIO DONATO CIARAULO,

15          Movant,

16  v.

17
    PFT PROPERTIES, LLC,
18
            Respondent.
19

20

21  I, Carlos Lassiter, declare as follows:

22      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and

23  not a party to the within action; my business address is 2450 Colorado Avenue, Suite 100E, Santa

24  Monica, California 90404.

25      On **September 10, 2025,** I served the foregoing document(s) described as **MOTION TO**

26  **ENFORCE DISCHARGE INJUNCTION AS TO POST-FINANCIAL OBLIGATIONS**

27

28

1   **UNDER PRE-PETITION LEASE AND FOR SANCTIONS,** upon the interested parties in this

2   action by placing a true and correct copy thereof as follows:

3   **UPON:**

4

5                    **JOSHUA L. KOPPLE, ESQ., Attorney for KFT PROPERTIES, LLC**
                                    **The Kopple Law Group, Inc.**

6                                       8938 W. Pico Blvd.
                                    Los Angeles, California 90035

7                                     jlk@kopplelaw.com

8   [By Electronic Transmission]:

9   [X]   I served the foregoing document(s) as follows: I transmitted a PDF version of this document

10        by electronic email to the party(s) identified above using the email address(es) indicated.

11  [X]   **(State) I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.**

12

13        Executed on **September 10, 2025,** at Santa Monica, California.

14                                            _Carlos Lassiter_

15                                            Carlos Lassiter
                                              Anderson Legal Group, LLC

16                                            2450 Colorado Avenue, Suite 100E
                                              Santa Monica, California 90404

17

18

19

20

21

22

23

24

25

26

27

28

IN RE: NUNZIO DONATO CIARAULO and NUNZIO DONATO CIARAULO v. KFT
PROPERTIES, LLC.
U.S. Bankruptcy Court
Central District of California
San Fernando Valley Division
Case No. 1:10-bk-16948-GM

**ATTACHMENT 1**

Case 1:10-bk-16948-GM    Doc 19    Filed 09/10/10    Entered 09/10/10 12:45:53    Desc
Discharge of Debtor (Ch 7)    Page 1 of 2

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367-6603

## DISCHARGE OF DEBTOR

DEBTOR INFORMATION:                                        BANKRUPTCY NO. 1:10-bk-16948-GM
Nunzio Donato Ciarauio

                                                           CHAPTER 7

Last four digits of Social-Security or Individual Taxpayer-identification (ITIN) No(s)., (if any):  xxx-xx-9607
Employer Tax-identification (EIN) No(s).(if any):  N/A
Debtor Discharge Date: 9/10/10


Address:
1520 North Hayward Ave #11
Los Angeles, CA 90046

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).



                                                           BY THE COURT,


Dated: September 10, 2010                                  Kathleen J. Campbell
                                                           Clerk of the Court



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**



* Set forth all names, including trade names, used by the debtor(s) within the last 6 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.


(Form b18-DIS Rev. 03/09) VAN-30                                              19 - 5 / KO

Hemar Rousso and Heald
15910 Ventura Blvd. 4th Floor
Encino, CA 91436


I & J Enterprises, Inc.
3825 E. Thousand Oaks Blvd., Ste MN
Thousand Oaks, CA 91362


I & N Firenze of Reno, Inc.
6795 S. Virginia St., Ste H
Reno, NV 89511




Lease Financial Group LLC
65 E. Wacker Place, Suite 510
Chicago, IL 60601


Lic. Fernando Alvarez Gil.
Frente Ala Estacion Del F.F.C.C.S/N
San Miguel De Allende
37700 Guanajuato Mexico


LT Acquisition, Corporation
15335 Morrison Street #240
Sherman Oaks, CA 91403


Mar Vista Financial, Inc
17853 Santiago Blvd., Suite 107-486
Villa Park, CA 92861

IN RE: NUNZIO DONATO CIARAULO and NUNZIO DONATO CIARAULO v. KFT
PROPERTIES, LLC.
U.S. Bankruptcy Court
Central District of California
San Fernando Valley Division
Case No. 1:10-bk-16948-GM


**ATTACHMENT 2**



Apartment No. __11__



## LEASE

(Consult with your attorney about local technicalities or changes in the law subsequent to the revision date.)

www.aagla.org

OWNER: _The Kopple Family Trust_

RENTER: _Nunzio Ciaravolo_

PREMISES: _11    1520 North Hayworth Ave    Los Angeles CA. 90046_

      APT.NO.     ADDRESS     (ST.,AVE.,PL.,BLVD.,ETC.)     CA     ZIP CODE

Owner and Renter agree that Renter's performance of and compliance with each of the terms hereof, and with Owner's House or Pool Rules (if any) which are incorporated herein by reference, constitute a condition on Renter's right to occupy the Premises. Any failure of compliance or performance by Renter shall allow Owner to forfeit Renter's right to possession. All persons designated as "Renter" are jointly and severally liable for all "renter" obligations. Rent is due for the entire term and for any holdover period.

TERM: From and including _August 15, 2006_    To and including: _August 14, 2007_

A. Rent Start Date _August 15, 2006_

B. Rent per Month $ _1750.00_

C. Day of Month Rent Due _15th_

D. Late Rent Charge $ _50.00_

E. Returned Check Charge $ _50.00_

F. Security Deposit $ _1750.00_

G. Owner Paid Utilities _water only_

H. Parking Space (Lic./Space#) _#05 & #21_

I. Storage Space _None_

J. Maximum Occupancy per Agreement _~~Two~~ Five_

K. Named Renter ___

L. Added per Occupant Rent $ _Not Applicable_

M. Owner's Personal Property _Refrigerator, Stove_

N. Pets _None_

O. Inspection Consent See Paragraph 9    Circle One:    Yes    No

P. Required Notices:    RENT:

Person/Address/Telephone No. where and to whom rent to be paid: _Kopple Family Trust_
_212 26th St Suite 285 Santa Monica, CA 90402 (310)457 2845_

Days and times on which rent is to be paid: _monday through Friday From 9:00 am to 6:00 pm_
_and Saturday From 10:00 am to 4:00 PM_

LEAD:

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, owners must disclose the presence of known lead-based paint hazards in the housing premises. Also Renters must receive a federally approved pamphlet on lead poisoning prevention.

_____ Agent's initials mean Agent has informed Owner of Owner's obligation to disclose any known facts about lead based paint on the property under USC 42 USC 4852D, EPA 40 CFR 745.107, 745.110, 745.113 as required by law. And the following is believed to be true.

_____ Owner's initials mean the Premises were built before 1978 and the following is believed to be true.

_____ Owner's initials mean Owner has no knowledge of lead-based paint and/or lead-based hazards in or on the Premises and Owner has no reports or records pertaining to lead based paint in or on the Premises.

_____ Owner's initials mean Owner has that information available about lead in or on the Premises disclosed on the attached lead-based paint disclosure form and has provided renter with all available reports and records.

_____ Renter's initials indicate that Renter has received the pamphlet entitled "Protect Your Family From Lead In Your Home," a copy of any report re lead based paint on the property and Renter shall notify Owner promptly in writing of any deteriorating and/or peeling paint.

CHEMICALS:

_____ Renter's initials indicate that Renter has received a copy of a "chemicals used notice" from Owner's pest control company (Civil Code 1940.8) which must be provided to tenant if, and only if, there is a written pest control contract in effect.

WEST HOLLYWOOD ONLY:

See Exhibit A

Revised 2/2006 - STD-LEASE
©AAGLA 2006

Form provided as a membership service of the APARTMENT ASSOCIATION OF GREATER LOS ANGELES
621 South Westmoreland Avenue, Los Angeles, CA 90005

1. **Rent/Late Rent Charge:** Should the Rent Start Date (Section A) be other than the first day of the month, Owner may prorate the rent to the first day of the succeeding month. Renter shall pay owner the rent due for each rental month in advance, on the date and in the amount set out in Sections B and C plus, after required notice, any additional fees, taxes or assessments authorized for pass-through to Renter. If Renter fails to pay any rent as and when due, Renter shall pay a (one-time per such unpaid amount) Late Charge as set out in Section D. Said late charge constitutes a reasonable effort by the parties to estimate fair compensation inasmuch as it would be impractical or extremely difficult to fix the actual damage caused by renters default. If Renter's check is returned "NSF," Renter shall pay a Returned Check Charge set out in Section E and Owner may demand that future rent payments be by cashier's check or money order. Such Late Charge and/or Returned Check Charge may be deemed additional rent by inclusion in an eviction notice or may be deducted from Renter's Security Deposit. Any Security Deposit refund claim shall be deemed compensated to the extent of any such deduction. All of Renter's monetary obligations here under are deemed rent.

2. **Security Deposit:** Renter shall pay to Owner the total Security Deposit set out in Section F to secure Renter's compliance with all terms of this Agreement and Owner's Rules and Regulations. (In addition to the first month's rent, Owner may demand only a security deposit equal to two times the monthly rent for unfurnished apartments and three times the monthly rent for furnished apartments.) No portion of the Security deposit shall be deemed rent for any rental month unless Owner so elects in writing, nor shall it constitute a measure of Owner's damages. No interest is payable on the Security Deposit unless required by law. Within 21 days after Renter totally vacates the Premises, the Security Deposit shall be returned (mailed by first class mail, postage pre-paid, to Renter's last known address) by check made payable to all those designated as "Renter" jointly, whether or not one or more have vacated previously, less the amount(s) used for the purpose(s) specified in Civil Code Section 1950.5, plus an itemized statement (on the refund check or otherwise) showing the total mount of the Security Deposit and the amount of any deduction therefrom. If the Security Deposit is insufficient for any such authorized purpose, Owner may collect the deficiency front Renter. With Owner's consent, Renter may make the Security Deposit by installment payments. Failure to pay any Deposit installment when due shall constitute a default. Renter agrees that Owner may deduct from the Security Deposit the amount necessary to compensate Owner for: (a) Any Renter default under the Rental Agreement, (b) Cleaning of the Premises, (c) Repair of any damage thereto, or (d) Restoration, replacement or return of any personal property or appurtenances, exclusive or ordinary wear and tear, all pursuant to Civil Code Section 1950.5, as may be set out in a Security Deposit Agreement.

3. **Utilities:** Renter shall pay for all utilities supplied to the Premises except those set out in Section G. If Renter defaults in the payment of rent, Owner may instruct any utility company to charge any utilities so designated, henceforth, to Renter's name, and Renter is obligated to pay for the same thereafter. Owner is authorized to get notice from any utility company of any default in payment by Renter. If Owner is charged with any such amount, Owner may recover it from Renter or deduct the same from the Security Deposit as unpaid rent or damages. Renter shall not use any common area utilities. To the extent allowed by law, the pro-rated amount of any penalty for utility overuse allowable to the Premises shall be payable by Renter as additional rent.

4. **Parking/Storage Rules:** If Renter is assigned a parking space on Owner's property, set out in Section H, Renter shall use such space only for the parking of operable, licensed and currently registered passenger automobiles and not for the washing, painting or repair of such vehicles. Renter shall not park, or allow anyone else to park, in any other space on Owner's property. Renter shall not assign or sublet any such parking space and Owner may have unauthorized vehicles towed away. Upon seven (7) days written notice to Renter, Owner may terminate Renter's parking privilege or change the size and/or location of Renter's parking space or storage space described in Section I.

5. **Named Renter/Assignment/Subletting:** The Premises shall not be occupied by more than the maximum number of "Agreement" occupants set out in Section J, unless required by law, nor by any person other than the Named Renter set out in Section K without the advance written consent of the Owner and at the additional rent set out in Section L or prescribed by law. Renter's right to possession shall not be assigned nor sublet.

6. **Good Condition Receipt:** Renter has examined the Premises including, but not limited to, the furniture, furnishings, fixtures, appliances and equipment provided by Owner and set out in Section M, windows, doors, plumbing and electrical facilities, hot and cold water supply, building grounds and appurtenances, accepts the same "AS IS" and acknowledges that the same are in good, clean and sanitary order, condition and repair unless noted to the contrary on Owner's copy of this Agreement. If an Inventory is attached hereto it shall be deemed incorporated herein by reference. Except as provided by law, Owner shall not be required to make any improvements, replacements or repairs to the Premises and, if allowed by law, any such work shall be at Renter's expense. Upon termination of the tenancy, Renter shall return the Premises to Owner in as good order, condition and repair as when received, ordinary wear and tear excepted, and free of Renter's personal property. Trash and debris, burns, stains, holes or tears, of any size or kind, in the carpeting, draperies, walls, windows or doors, among other conditions, shall not be deemed ordinary wear and tear. Renter acknowledges that no representation as to the condition or repair of the Premises, or as to Owner's intention with respect to any improvement, alteration, decoration or repair thereof, has been made to Renter unless noted on Owners copy of this Agreement. Renter's "GOOD FAITH" in the assertion of any habitability defense to eviction for nonpayment of rent shall be established. Evidence of Renter's "good faith" shall include, but not be limited to, written proof of Renter's knowledge and opportunity to repair any claimed housing deficiency prior to service of an eviction notice, whether by a copy of a request-for-maintenance-demand delivered to Owner or otherwise, and lack of Renter-causation of the claimed housing deficiency.

7. **Maintenance and Repair/Alterations:** Renter shall: (a) keep the Premises in a clean and sanitary condition; (b) dispose of all garbage and waste in a clean and sanitary manner; (c) properly use and operate all electrical, gas and plumbing fixtures; (d) not permit any person

in or about the Premises with Renter's consent, to deface, damage or remove any part of the structure in which the Premises are located nor the appurtenances thereto or thereon, nor him/herself do any such thing; (e)  not tamper with nor remove any smoke detector nor fire alarm equipment, and advise Owner immediately of any equipment malfunction.  Renter shall be liable for any damages caused by Renter's failure to comply with these conditions.   Renter shall not alter the Premises, nor wallpaper any portion thereof, nor repair any damage thereto, except through licensed, insured professionals approved in advance by Owner in writing before or after an initial inspection on termination per Civil Code Section 1950.5.  Renter shall not install or use any dishwasher, clothes washer, clothes dryer or air conditioner in or about the Premises except those which may be supplied by Owner.

8.  **Damage/Destruction:** If the Premises, or structure in which they are located, are totally or partially destroyed and become unavailable for occupancy due to fire, earthquake, accident or other casualty beyond the control of Owner and Renter, for a period of twenty (20) days or more, then, and only then, any party hereto may terminate this Agreement with written notice to all other parties.   If this tenancy is not so terminated, or if the period the Premises are unavailable for occupancy is less than twenty (20) days for any of the above reasons or for reasons of Owner's maintenance, repair, modification, alteration, remodeling, reconstruction, extermination, or the like, the sole remedy of Renter shall be an abatement of the rent, proportionate to the interference with full use and enjoyment, until the Premises are again available for occupancy.

9.  **Inspection/Entry:** Owner may enter and inspect the Premises, during business hours and upon reasonable notice to Renter, without Renter's presence, for any lawful purpose.   Owner may enter the Premises without advance notice to Renter in case of an emergency. Renter shall not add nor change any lock or locking device, bolt or latch on the Premises and shall provide Owner with a key to any such device, forthwith, on demand.   Renter acknowledges that Owner is entitled to a key to the Premises and may use the same for entry as provided herein or by law. If you circle "Yes" in Section O, you consent to unannounced entry of your apartment by government inspectors, without your presence.

10.   **Rules and Regulations:** Renter, and all persons in or about the Premises with Renter's consent, shall comply with all Rules and Regulations made by Owner, from time to time, and delivered to Renter, including House and Pool Rules.   Owner shall not be obligated to enforce any such Rules and Regulations, or the terms of any other Agreement, and Owner shall not be liable to Renter for any violation of such Rules and Regulations or other Agreements by any other Renter or person.   Renter understands that the Premises are not in a full security complex and that Owner does not guarantee to employ security personnel to patrol the Premises to provide for Renter's safety. Owner does not take responsibility to mediate disputes between or among Renters and the obligation to resolve disputes with others on the Premises is accepted by Renter as one of the obligations of the tenancy. Each Renter assumes the risk of residing on the premises for himself or herself, his/her or their children and/or personal property without recourse against the Owner or Manager of the Premises.

11.   **Insurance:** In consideration of this rental, Renter shall obtain and pay for any insurance coverage necessary to protect Renter from any loss or expense due to personal injury or property damage, including but not limited to that caused by any act or omission of any party, including Owner or co-tenants, criminal act, war, riot, insurrection, fire or act of God.  The amount of monetary damage caused to Owner by renter's breach of this agreement shall be deemed to be an amount equal to the amount of any loss sustained by renter by any such act or event and shall offset any claim by Renter against Owner.

12.   **Compliance With Laws:** Renter shall not violate any law or commit or permit any waste, damage to, or nuisance in or about, the Premises, or in any way annoy any other renter, or operate any business in or about the Premises, or do or keep anything in or about the Premises that will obstruct the common areas or usage thereof, or increase Owner's insurance premiums.

13.   **Notice Of Termination/Death:** Renter shall give Owner 30-days written notice of intent to vacate the Premises at the end of the lease term, at least 30 days before the end of the lease term and Renter shall be liable for payment of rent through the later of: The end of the term, The expiration of the 30-day notice or The date of vacating the Premises. Renter's death shall allow Owner to re-rent the Premises for the balance of the lease-term or take possession for Owner's benefit.

14.   **Waiver Of Default:** Owner's failure to require strict compliance with the terms of this Agreement, or to exercise any right provided for herein, shall not be deemed a waiver of such compliance or right, or waive such compliance or right in the future, and Owner's acceptance of rent with knowledge of any default by Renter shall not be deemed a waiver of such default, nor limit Owner's rights with respect to that or any subsequent default.

15.   **Non-Curable Breach of Agreement:** The following, by way of illustration and not limitation, shall constitute a non-curable breach of this Agreement: (a) Police raid upon the Premises resulting in the arrest and conviction of Renter for possession/sale/storage of any illegal narcotic/controlled substance/chemical or herbal contraband, in or about the Premises, or for aiding and abetting any family member, occupant, guest or visitor in any such activity;  (b)  Misrepresentation or material omission on Renter's Rental Application vitiating the tenancy.

16.   **Pest Control/Fumigation/Extermination:** Upon demand by Owner, Renter shall temporarily vacate the Premises, for a reasonable period required, to allow cited or needed repairs, pest or vermin control work to be done. Rent shall be abated during Renter's absence. Renter shall comply forthwith, with all instructions from the pest controller, fumigator and/or exterminator regarding the preparation of the Premises for the work, including the proper bagging and storage of food, perishables and medicine.

17.   **Pets/Water Beds/Musical Instruments:** Renter shall not bring or keep any pet (dog, cat, bird, reptile, etc.), liquid-filled furniture or musical instrument on the Premises, unless noted in Section N of Owner's copy of this Agreement.   Liquid-filled furniture shall be accepted only with proof of $100,000 insurance.

18.  **Designation Of Parties:** The term "Owner" includes a "manager," "agent of the owner," "management company," "Trustee" of a Trust, or any other person or entity acting on behalf of the owner as the Lessor of the premises entitled to rent the premises, collect the rent for the premises, and prosecute eviction actions.

19.  **Partial Invalidity:** If any portion of this Agreement is held invalid, it shall not affect the validity of any other portion of this Agreement.

20.  **Attorneys Fees:** If any legal action or proceeding is brought by Owner or Renter related to this Agreement, the prevailing party shall be entitled to recover attorneys fees not to exceed $500.00.

21.  **Guarantor(s):** On demand by Owner, Renter shall obtain the execution of a Continuing Guarantee Agreement provided by owner, by an agreed upon Guarantor.   Said agreement shall be deemed incorporated herein and subject hereto.

22.  **Rent Acceptance:** Rent tendered by a third person for Renter's benefit may be accepted without creating any new tenancy.

23.  **Credit Report:** As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency and/or your credit may be checked periodically, to which you specifically agree.

24.  **Entire Agreement:** The foregoing constitutes the entire agreement between the parties and supersedes any oral or written representation or agreement contrary hereto.   Renter has relied on his own judgment in entering into this Agreement. Any modification of this agreement, to have any legal effect, must be in writing and signed by owner.

25.  **Estoppel Certificate:** Within 10 days after written notice, Renter agrees to execute and deliver an estoppel certificate as submitted by Owner acknowledging that this Agreement is unmodified and in full force and effect or in full force and effect as modified and stating the modifications.   Failure to comply shall be deemed Renter's acknowledgment that the certificate as submitted by Owner is true and correct and may be relied upon by a lender or purchaser.

26.  **Additional Required Notices:**

**(a) Toxic Substance Warning Notice**
The Owner is required to give you notice that areas on this property contain one or more of some 700 + toxic substances and chemical substances, such as swimming pool disinfectant, cleaning substances, automobile exhaust fumes, bar-b-que or second-hand cigarette smoke, laundry room fluids or emissions, lead paint, asbestos, etc., known to the State of California to cause cancer, reproductive toxicity, birth defects and reproductive harm. Please contact the owner for further information.

**(b) Mold and Mildew Warning Notice**
Mold and mildew may be injurious to one's health. Therefore, Renter acknowledges that: (a) Renter has inspected the Premises, and every part thereof, at the outset of the tenancy; (b) Renter has found no signs of moisture, mold or mildew therein; (c) Renter shall: (i) keep the Premises well-ventilated, clean and dry any signs of mold or mildew from all surfaces, (ii) promptly notify Owner of any dampness (from leaks, overflows, water intrusion, etc.); and (iii) promptly notify Owner of any malfunction of ventilation, air conditioning or heating systems. Renter shall be liable for any injuries or damages that may result from any negligent performance of the foregoing duties.

**(c) DOJ Notice**
Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

**(d) Expiration/Holdover/Death-Notice**
Renter shall vacate the Premises upon expiration of the term of the lease without notice to vacate from Owner being required. Any holdover without Owner's consent shall be deemed a trespass and damages shall accrue at a daily charge equal to twice the pro-rated monthly Lease rent. A holdover with owner's written consent unless otherwise agreed, shall be a month-to-month tenancy subject to all covenants, and conditions of the Lease. A thirty day notice from Renter is required to terminate any such holdover tenancy. Renter's death shall not terminate any remaining rental obligation for the balance of the Lease-term but Owner, at Owner's option, may take possession of the Premises and re-rent them to mitigate any damages.

**Other Provisions:**

If an addendum containing additional terms is attached hereto, those terms are incorporated herein by reference.

_____

_____

_____

_____

DATED _08-15-06_____          DATED _08-15-06_____

OWNER_____          RENTER_____

_____          Nurvia D Ciaaulo_____

IN RE: NUNZIO DONATO CIARAULO and NUNZIO DONATO CIARAULO v. KFT
PROPERTIES, LLC.
U.S. Bankruptcy Court
Central District of California
San Fernando Valley Division
Case No. 1:10-bk-16948-GM


**ATTACHMENT 3**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>07/22/2025<br>David W. Slayton , Executive Officer / Clerk of Court<br>By: _____ F. Ochoa _____ Deputy |
| PLAINTIFF(S):<br>KFT Properties, LLC |  |
| DEFENDANT(S):<br>Nunzio Donato Ciaraulo |  |
| **NOTICE OF ONLINE DISPUTE RESOLUTION (ODR)**<br>**UNLAWFUL DETAINER (UD)** | CASE NUMBER:<br>25STUD07793 |

The Court provides a free program to help landlords and tenants resolve their eviction case online without coming to Court. This voluntary program is called UD ODR (Unlawful Detainer Online Dispute Resolution).

Register here: https://my.lacourt.org/odr/unlawful-detainers

**What is UD ODR?**
UD ODR is an online negotiation program for eviction cases. The program guides parties through the negotiation by asking simple questions about how they would like to resolve their case.

If the parties reach an agreement, the program puts it into the proper form, each party "signs" it online, and then the program sends it to the Court for review. If the Court approves the agreement, the trial is cancelled, and no Court appearances are required.

There is no risk: If parties try UD ODR but can't reach an agreement, they go to trial unless they can resolve their case another way.

**Free mediation:** During UD ODR, parties can ask a mediator to help them use ODR or a video conference to try to reach an agreement that may be better than going to trial. Free mediation is provided by outside organizations, not by the Court.

**Visit the Court's UD ODR website** https://my.lacourt.org/odr/unlawful-detainers
- **To register for UD ODR.** Register within five (5) calendar days of receipt of this Notice. If you have an attorney, they will register and participate in UD ODR for you.
- **To learn more about UD ODR**
- **To find helpful resources** including links to COVID-19 housing information and help paying back rent and utilities

The Court strongly encourages all self-represented parties and attorneys for parties to register for UD ODR and use it to try, in good faith, to resolve their eviction case without coming to Court.

NOTICE OF ONLINE DISPUTE RESOLUTION (ODR) UNLAWFUL DETAINER (UD)

**Important Notices about UD ODR**

**Unlawful Detainer Filing Deadlines: Participating in UD ODR does not change the filing deadline stated on the unlawful detainer summons or any other filing deadline. UD ODR cannot be used to file an Answer or other response to the summons and complaint.**

**UD ODR Deadline:** The deadline for reaching an agreement through UD ODR is two (2) court days before the trial date. Parties who do not submit an agreement through UD ODR by their deadline must attend the trial unless they are dismissed or resolve their case another way. Parties may attend their trial remotely by video. https://my.lacourt.org/laccwelcome

**Confidentiality:** UD ODR negotiations and mediations do not become part of the case file or public record. The only people who can enter the confidential negotiation space for your case are the mediator, if the parties choose mediation, and the attorneys for parties and self-represented parties who register and are approved for UD ODR. Judges and court staff cannot access any information about the parties' UD ODR communications.

**NOTICE OF ONLINE DISPUTE RESOLUTION (ODR) UNLAWFUL DETAINER (UD)**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:

**Stanley Mosk Courthouse**

**111 North Hill Street, Los Angeles, CA 90012**

**FILED**
Superior Court of California
County of Los Angeles

07/22/2025

David W. Slayton, Executive Officer / Clerk of Court

By: _____ F. Ochoa _____ Deputy

PLAINTIFF(S):

**KFT Properties, LLC**

DEFENDANT(S):

**Nunzio Donato Ciaraulo**

### NOTICE OF CASE ASSIGNMENT – LIMITED CIVIL CASE

CASE NUMBER:

**25STUD07793**

Case is assigned for all purposes to the judicial officer indicated below. Notice given to Plaintiff / Cross-Complainant / Attorney of Record on _____07/22/2025_____.

| ASSIGNED JUDGE | DEPARTMENT | ROOM |
|---|---|---|
| Janet E. Hong | 93 | |

David W. Slayton, Executive Officer / Clerk of Court

By F. Ochoa _____, Deputy Clerk

### Instructions for Handling Limited Civil Cases

The following critical provisions, as applicable in the Los Angeles Superior Court are cited for your information.

**PRIORITY OVER OTHER RULES:** The priority of Chapter Seven of the LASC Local Rules over other inconsistent Local Rules is set forth in Rule 7.2© thereof.

**CHALLENGE TO ASSIGNED JUDGE:** To the extent set forth therein, Government Code section 68616(i) and Local Rule 2.5 control the timing of Code of Civil Procedure section 170.6 challenges.

**TIME STANDARDS:** The time standards may be extended by the court only upon a showing of good cause. (Cal. Rules of Court, rule 3.110.) Failure to meet time standards may result in the imposition of sanctions. (Local Rule 3.37.)

Except for collections cases pursuant to California Rules of Court, rule 3.740, cases assigned to the Individual Calendar Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served and the proof of service filed within 60 days after filing of the complaint.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints against parties new to the action must be served and the proof of service filed within 30 days after the filing of the cross-complaint. A cross-complaint against a party who has already appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. (Code Civ. Proc., § 428.50.)

**DEFAULTS** (Local Rule 9.10): If a responsive pleading is not served within the time to respond and no extension of time has been granted, the plaintiff must file a Request for Entry of Default within 10 days after the time for service has elapsed. Failure to timely file the Request for Entry of Default may result in an Order to Show Cause being issued as to why sanctions should not be imposed. The plaintiff must request default judgment on the defaulting defendants within 40 days after entry of default.

**NOTICED MOTIONS:** All regularly noticed motions will be calendared through the assigned department. Each motion date must be separately reserved and filed with appropriate fees for each motion. Motions for Summary Judgment must be identified at the time of reservations. All motions should be filed in the clerk's office.

**EX PARTE MATTERS:** All ex parte applications should be noticed for the courtroom.

**UNINSURED MOTORISTS CLAIMS:** Delay Reduction Rules do not apply to uninsured motorist claims. The plaintiff must file a Notice of Designation with the Court identifying the case as an uninsured motorist claim under Insurance Code section 11580.2.

### NOTICE OF CASE ASSIGNMENT – LIMITED CIVIL CASE

LACIV____ 001 (Rev. [03/17)
LASC Approved 09-04

**UD-101**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 294704 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Joshua L. Kopple, Esq. | | Electronically FILED by Superior Court of California, County of Los Angeles 7/22/2025 3:58 PM David W. Slayton, Executive Officer/Clerk of Court, By F. Ochoa, Deputy Clerk |

NAME: Joshua L. Kopple, Esq.
FIRM NAME: The Kopple Law Group, Inc.
STREET ADDRESS: 8938 W. Pico Blvd.
CITY: Los Angeles    STATE: CA    ZIP CODE: 90035
TELEPHONE NO: 323-391-1552    FAX NO.:
EMAIL ADDRESS (name): jlk@kopplelaw.com
ATTORNEY FOR (name): KFT Properties, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: KFT Properties, LLC
DEFENDANT: Ciaraulo, et al.

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: 25STUD07793 |
|---|---|

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*
- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF (name each):

   KFT Properties, LLC

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):

   Nunzio Donato Ciaraulo

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))

   a. This action seeks possession of real property that is (check all that apply) [x] residential   [ ] commercial.
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)

   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [x] Yes   [ ] No

3. [x] **Statements regarding rental assistance** (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes  [x] No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint? [ ] Yes  [x] No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes  [x] No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint? [ ] Yes  [x] No

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. January 1, 2024]
**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**
Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(a)
www.courts.ca.gov

Doc ID: bb25ae826da3dd1cb116c1dc07eed244e3190a65

**UD-101**

| | |
|---|---|
| PLAINTIFF: KFT Properties, LLC<br>DEFENDANT: Ciaravio, et al. | CASE NUMBER: |

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ Other allegations are on form MC-025.

6. ☐ **Number of pages attached** *(specify):*

Date: July 22, 2025

Joshua L. Kopple, Esq.

*(TYPE OR PRINT NAME)*

▶ *Joshua Kopple*

*(SIGNATURE OF PLAINTIFF OR ATTORNEY)*

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

See attachment

*(TYPE OR PRINT NAME)*

▶

*(SIGNATURE)*

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Page 3 of 3

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form | |
|---|---|---|



**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the forgoing Complaint-UD101 For Unlawful Detainer.

**CHECK APPLICABLE PARAGRAPHS**

____ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as those matters I believe them to be true.

I am ✔ the managing member ___ a partner ___ a trustee ___ the president, of the Plaintiff, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. The matter stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

____ I am one of the attorneys for_____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on ____07 / 22 / 2025_____, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Madelynn Kopple _____    _____

Name                                                    Signature

Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

CASE NUMBER: 25STUD07793

Date Filed: 07/22/2025

# NOTICE OF UNLAWFUL DETAINER
# (EVICTION)

**FILED**
Superior Court of California
County of Los Angeles

**07/23/2025**

David W. Slayton, Executive Officer / Clerk of Court

By: _____ N. Bullock _____ Deputy

ALL OCCUPANTS
1520 Hayworth Avenue #11

Los Angeles, CA 90046

## KFT PROPERTIES, LLC vs NUNZIO DONATO CIARAULO

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant.

**NOTICE FROM THE STATE OF CALIFORNIA:** If you completed an application for government rental assistance on or before March 31, 2022, you may have protections against eviction. For information about legal resources that may be available to you, visit lawhelpca.org.

The following organizations, among others, may be contacted for legal advice:

- StayHousedLA.org                (888) 694-0040
- Community Legal Aid SoCal       (800) 834-5001
- Shriver Self Help Center        (818) 485-0576
  (Located at Stanley Mosk Courthouse)
- Bet Tzedek Legal Services (L.A. County)        (323) 939-0506
- Legal Aid Foundation of Los Angeles            (800) 399-4529
- Neighborhood Legal Services of Los Angeles     (800) 433-6251
- Los Angeles County Bar Association-Smart Law   (213) 243-1525

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

 Persons with disabilities may ask for an accommodation by filling out a REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES form (Judicial Council Form MC-410). Forms are available in the clerk's office, on the court's website, or they will be mailed if requested. Deliver the completed form to the clerk or ADA Coordinator at the courthouse where your case is being handled. Form MC-410, and any other pleadings in this case, may be filed by fax. For more information, contact the ADA Coordinator's office at (213) 633-5882 or visit the court's website at www.lacourt.org.

If you need a Spanish language interpreter for an eviction case, interpreters are available at each courthouse. If you need an interpreter in another language for a courtroom activity, please request one before your court date through the Interpreter Request Portal found on the court's website by clicking the Self-Help Resources tab located on the home page at www.lacourt.org. The court will try very hard to find an interpreter for the date and time of your hearing, but it cannot guarantee that one will be immediately available.

Within the first 60 days after the date of filing, only the following people can look at the case file:
1) Any person or company listed on the lawsuit,
2) An attorney for one of those people or companies,
3) Any other person who can give to the clerk: (a) The name of at least one plaintiff and one defendant in the lawsuit and the address, including any applicable apartment, unit, or space number of that address, (b) The name of one of the people or companies in the lawsuit or the case number. This person will also have to prove that she or he lives at that address by showing valid identification.

People who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except with an ex parte order upon a showing of good cause.

Este documento contiene información importante. Para leerlo en español, consulte la sección División Civil (Civil Division) del sitio web de la corte superior de Los Ángeles.
Văn kiện này có tầm quan trọng. Muốn đọc bằng tiếng Việt, hãy đến phần Ban Hộ Sự (Dân Sự) (Civil Division) trên website của Tòa Thượng Thẩm Los Angeles.
本文件包含重要信息。欲阅读繁体中文文版，请浏览洛杉矶高级法院网站民事组 (Civil Division)
[Armenian text]
이 문서에는 중요한 정보가 들어 있습니다. 이 문서를 한국어로 읽으시려면 로스앤젤레스 상급법원 웹사이트의 민사부 (Civil Division) 섹션을 방문하십시오.

## CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

David W. Slayton, Executive Officer / Clerk of Court

Date: 07/23/2025                          By: N. Bullock

Deputy Clerk

LASC CIV 002 Rev. 01/23
For Mandatory Use

## NOTICE OF UNLAWFUL DETAINER (EVICTION)

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

CASE NUMBER: 25STUD07793

Date Filed: 07/22/2025

## NOTICE OF UNLAWFUL DETAINER
## (EVICTION)

**FILED**
Superior Court of California
County of Los Angeles
**07/23/2025**
David W. Slayton, Executive Officer / Clerk of Court

By: _____ N. Bullock _____ Deputy

Nunzio Donato Ciaraulo
1520 Hayworth Avenue #11

Los Angeles, CA 90046

### KFT PROPERTIES, LLC vs NUNZIO DONATO CIARAULO

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant.

**NOTICE FROM THE STATE OF CALIFORNIA:** If you completed an application for government rental assistance on or before March 31, 2022, you may have protections against eviction. For information about legal resources that may be available to you, visit lawhelpca.org.

The following organizations, among others, may be contacted for legal advice:

- StayHousedLA.org                          (888) 694-0040
- Community Legal Aid SoCal                  (800) 834-5001
- Shriver Self Help Center                   (818) 485-0576
  (Located at Stanley Mosk Courthouse)
- Bet Tzedek Legal Services (L.A. County)    (323) 939-0506
- Legal Aid Foundation of Los Angeles        (800) 399-4529
- Neighborhood Legal Services of Los Angeles (800) 433-6251
- Los Angeles County Bar Association-Smart Law (213) 243-1525

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.



Persons with disabilities may ask for an accommodation by filling out a REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES form (Judicial Council Form MC-410). Forms are available in the clerk's office, on the court's website, or they will be mailed if requested. Deliver the completed form to the clerk or ADA Coordinator at the courthouse where your case is being handled. Form MC-410, and any other pleadings in this case, may be filed by fax. For more information, contact the ADA Coordinator's office at (213) 633-5882 or visit the court's website at www.lacourt.org.

If you need a Spanish language interpreter for an eviction case, interpreters are available at each courthouse. If you need an interpreter in another language for a courtroom activity, please request one before your court date through the Interpreter Request Portal found on the court's website by clicking the Self-Help Resources tab located on the home page at www.lacourt.org. The court will try very hard to find an interpreter for the date and time of your hearing, but it cannot guarantee that one will be immediately available.

Within the first 60 days after the date of filing, only the following people can look at the case file:

1) Any person or company listed on the lawsuit.
2) An attorney for one of those people or companies.
3) Any other person who can give to the clerk: (a) The name of at least one plaintiff and one defendant in the lawsuit and the address, including any applicable apartment, unit, or space number of that address, (b) The name of one of the people or companies in the lawsuit or the case number. This person will also have to prove that she or he lives at that address by showing valid identification.

People who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except with an ex parte order upon a showing of good cause.

Esta documento contiene información importante. Para leerlo en español, consulte la sección División Civil (Civil Division) del sitio web de la corte superior de Los Ángeles.
Văn kiện này có tin tức quan trọng. Muốn đọc bằng tiếng Việt, hãy đến phần Bản Hộ Sự (Dân Sự) (Civil Division) trên website của Tòa Thượng Thẩm Los Angeles.
本文件含重要信息。欲閱讀中文文版，請到洛杉磯高等法院民事部分 ( Civil Division )
Այս փաստաթղթում կարևոր տեղեկություններ է պարունակվում։ Այն հայերեն կարդալու համար խնդրում ենք այցելել Լոս Անջելեսի Առաջին ատյանի դատարանի կայքի Քաղաքացիական բաժանմունք (Civil Division) բաժինը
이 문서에는 중요한 정보가 들어 있습니다. 이 문서를 한국어로 읽으시려면 로스앤젤레스 상급법원 웹사이트의 민사부(Civil Division) 섹션을 방문하십시오

### CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles California, one copy of the original filed/entered herein in a separate sealed envelope to each address shown below with the postage thereon fully prepaid, in accordance with standard court practices.

David W. Slayton, Executive Officer / Clerk of Court

Date: __07/23/2025__         By: N. Bullock

                                  Deputy Clerk

LASC CIV 002 Rev. 01/23
For Mandatory Use

### NOTICE OF UNLAWFUL DETAINER (EVICTION)

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| COURTHOUSE ADDRESS: | CASE NUMBER: |
|---|---|
| Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | 25STUD07793 |

## PROPERTY OWNER/LANDLORD
## NOTICE OF HEARING RE FAILURE TO FILE PROOF OF SERVICE

**To the Plaintiff (Property Owner/Landlord/Property Manager):**

You or your attorney, are ordered to appear as follows:

| Date: 09/29/2025 | Time: 8:30 AM | Dept./Room: Civil Clerk's Office |
|---|---|---|

You are hereby advised:

1. If this case has not been dismissed, set for trial, or had a judgment entered there will be a court hearing on that date, time, and location.

2. Tenant(s) (defendants) do not need to go to this hearing; it is for the Plaintiff who may be the Landlord, Property Owner, or Manager.

3. This hearing will be canceled if the case has been dismissed, set for trial, or has had judgment entered.

4. At the hearing the judge may review the case for further action, if any; and pursuant to Code of Civil Procedure section 1167.1 the Court may order the case dismissed without prejudice if proof of service of the action has not been filed within 60 days of the filing of the complaint.

**It is so ordered:**

October 16, 2017
_____
Date

_Debra K Weintraub_
Debra K. Weintraub, Supervising Judge, Civil

**PROPERTY OWNER/LANDLORD ONLY
HEARING NOTICE**

## SUMMONS—EVICTION
### (CITACIÓN JUDICIAL—DESALOJO)
**UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

**SUM-130**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Nunzio Donato Ciaraulo and Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KFT Properties, LLC

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/22/2025 3:58 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By F. Ochoa, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 10 days. You have 10 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 15 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 10 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 10 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Si la presente citación le ha sido entregada a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 15 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en la Guía de Ayuda de las Cortes de California (https://selfhelp.courts.ca.gov/es), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en la Guía de Ayuda de las Cortes de California, (https://selfhelp.courts.ca.gov/es) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Stanley Mosk Courthouse
   111 North Hill Street Los Angeles, CA 90012

**CASE NUMBER** *(número de caso):*
**25STUD07793**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Joshua L. Kopple, Esq.     323-391-1552
The Kopple Law Group, Inc.     8938 W. Pico Blvd. Los Angeles, CA 90035

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2025]

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov

**SUM-130**

| PLAINTIFF (Name): KFT Properties, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Nunzio Donato Ciaraulo and Does 1-10 | 25STUD07793 |

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an
   unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:                              **David W. Slayton, Executive Officer/Clerk of Court**

   e. Registration no.:

   f. Registration expires on *(date):*

| Date: (Fecha) 07/22/2025 | Clerk, by (Secretario) | F. Ochoa | , Deputy (Adjunto) |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

5. **NOTICE TO THE PERSON SERVED:** You are served
   [SEAL]
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant.
   d. ☐ on behalf of *(specify):*
      under ☐ CCP 416.10 (corporation).          ☐ CCP 416.60 (minor).
            ☐ CCP 416.20 (defunct corporation).    ☐ CCP 416.70 (conservatee).
            ☐ CCP 416.40 (association or partnership).  ☐ CCP 416.90 (authorized person).
            ☐ CCP 415.46 (occupant).               ☐ other *(specify):*
   e. ☐ by personal delivery on *(date):*

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form |

**UD-100**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** | **FOR COURT USE ONLY** |
| NAME: Joshua L. Kopple, Esq.    **STATE BAR NUMBER:** (SBN: 294704) | |
| FIRM NAME: The Kopple Law Group, Inc. | |
| STREET ADDRESS: 8938 W. Pico Blvd. | **Electronically FILED by** |
| CITY: Los Angeles    STATE: CA ZIP CODE: 90035 | **Superior Court of California,** |
| TELEPHONE NO.: 323-391-1552    FAX NO.: | **County of Los Angeles** |
| EMAIL ADDRESS: jlk@kopplelaw.com | **7/22/2025 3:58 PM** |
| ATTORNEY FOR (name): KFT Properties, LLC | **David W. Slayton,** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles | **Executive Officer/Clerk of Court,** |
| STREET ADDRESS: 111 North Hill Street | **By F. Ochoa, Deputy Clerk** |
| MAILING ADDRESS: 111 North Hill Street | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: Stanley Mosk Courthouse | |

| | |
|---|---|
| PLAINTIFF: KFT Properties, LLC | |
| DEFENDANT: Nunzio Donato Ciaraulo | |
| [X] DOES 1 TO 10 | |

| | |
|---|---|
| **COMPLAINT — UNLAWFUL DETAINER\*** | **CASE NUMBER:** |
| [X] COMPLAINT    [ ] AMENDED COMPLAINT (Amendment Number): | **25STUD07793** |

**Jurisdiction** *(check all that apply):*

[X] **ACTION IS A LIMITED CIVIL CASE**

Amount demanded     [ ] does not exceed $10,000.

                        [X] exceeds $10,000 but does not exceed $35,000.

[ ] **ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)**

[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*

    [ ] from unlawful detainer to general unlimited civil (possession not in issue).    [ ] from limited to unlimited.

    [ ] from unlawful detainer to general limited civil (possession not in issue).    [ ] from unlimited to limited.

1. *PLAINTIFF (name each):*
   KFT Properties, LLC

   *alleges causes of action against DEFENDANT (name each):*
   Nunzio Donato Ciaraulo

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                   (2) [ ] a public agency.                  (5) [X] a corporation.
                   (3) [ ] other *(specify):*

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. The venue is the court named above because defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   1520 Hayworth Avenue #11 Los Angeles, CA 90046

   b. The premises in 3a are *(check one)*

       (1) [X] within the city limits of *(name of city):* Los Angeles

       (2) [ ] within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):* 1956

4. Plaintiff's interest in the premises is   [ ] as owner   [X] other *(specify):* lessor

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

**\*NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. January 1, 2024] | **COMPLAINT — UNLAWFUL DETAINER** | Civil Code, § 1940 et seq.<br>Code of Civil Procedure, §§ 425.12, 1166<br>www.courts.ca.gov |

**CEB  Essential Forms**
ceb.com

Doc ID: 499b82b350f251b77a985b082971a5141a975e04

**UD-100**

| | |
|---|---|
| PLAINTIFF: KFT Properties, LLC<br>DEFENDANT: Ciaraulo, et al. | CASE NUMBER: |

6. a. On or about *(date)*: August 15, 2006
   defendant *(name each)*:
   Nunzio Donato Ciaraulo

   (1) agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy *(specify)*:  1-Year Lease
   (2) agreed to pay rent of $ 1,750.00  payable ☒ monthly  ☐ other *(specify frequency)*:
   (3) agreed to pay rent on the ☐ first of the month  ☒ other day *(specify)*:  15th of every month

   b. This ☒ written  ☐ oral  agreement was made with
   (1) ☒ plaintiff.  (3) ☐ plaintiff's predecessor in interest.
   (2) ☐ plaintiff's agent.  (4) ☐ Other *(specify)*:

   c. ☒ The defendants not named in item 6a are
   (1) ☐ subtenants.
   (2) ☐ ~~assignees.~~
   (3) ☒ Other *(specify)*: Unknown Occupants

   d. ☒ The agreement was later changed as follows *(specify)*:
      Rent eventually increased to $2,679.20.

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
      and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

   f. ☒ *(For residential property)* A copy of the written agreement is not attached because *(specify reason)*:
   (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 *(complete (a) or (b))*

   a. ☒ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
      is exempt is *(specify)*:  (1) (1)

   b. ☐ is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*

   a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

   b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

   (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
         section 1946.2(d)(2), in the amount of $

   (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
         to *(name each defendant and amount given to each)*:

   c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant *(name each)*: Nunzio Donato Ciaraulo
                          and all others in possession

   was served the following notice on the same date and in the same manner:

   (1) ☒ 3-day notice to pay rent or quit  (5) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit               (not applicable if item 7b checked)
   (3) ☐ 60-day notice to quit             (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
   (4) ☐ 3-day notice to quit                 Prior required notice to perform covenants served *(date)*:
                                           (7) ☐ Other *(specify)*:

UD-100 [Rev. January 1, 2024]

**COMPLAINT — UNLAWFUL DETAINER**

Page 2 of 4

CEB® Essential Forms
ceb.com

Doc ID: 499b82b350f251b77a885b082971a5141e975e04

Change Document Font | Size |     | Check Spelling | Email Form | Save Form

**UD-100**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF: KFT Properties, LLC<br>DEFENDANT: Ciaraulo, et al. | |

9. b. (1) On (date): July 21, 2025       the period stated in the notice checked in 9a expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. ☒ The notice included an election of forfeiture.
  e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.*
      *When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
  f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different
      *notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. (Check item 10c and attach a*
      *statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. ☒ The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) ☐ By personally handing a copy to defendant on (date):
    (2) ☐ By leaving a copy with (name or description):
      a person of suitable age and discretion, on (date):            at defendant's
      ☐ residence  ☐ business  AND mailing a copy to defendant at defendant's place of residence
      on (date):        because defendant cannot be found at defendant's residence or usual place of business.
    (3) ☒ By posting a copy on the premises on (date): 07/16/2025
      ☒ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
      on (date): 07/16/2025
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) ☒ because no person of suitable age or discretion can be found there.
    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail
      addressed to defendant on (date):
    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953, before using)* in the manner specified in a written
      commercial lease between the parties
  b. ☐ (Name):
     was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ *Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.*
  d. ☒ *Proof of service of the notice in item 9a is attached and labeled Exhibit 3.*

11. ☐ *Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.*

12. ☒ *At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $* 16,079.46

13. ☒ *The fair rental value of the premises is $* 89.30      *per day.*

14. ☐ *Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure*
     *section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)*

15. ☒ *A written agreement between the parties provides for attorney fees.*

16. ☐ *Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and*
     *date of passage):*



     Plaintiff has met all applicable requirements of the ordinances.

17. ☐ *Other allegations are stated in Attachment 17.*

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

Change Document Font / Size    Check Spelling    Email Form    Save Form

**UD-100**

| PLAINTIFF: KFT Properties, LLC | CASE NUMBER: |
| DEFENDANT: Ciaraulo, et al. | |

**19. PLAINTIFF REQUESTS**

  a. possession of the premises.
  b. costs incurred in this proceeding:
  c. [X] past-due rent of $ 16,079.46
  d. [X] reasonable attorney fees.
  e. [X] forfeiture of the agreement.

  f. [ ] damages in the amount of waived rent or relocation assistance
     as stated in item 8: $
  g. [X] damages at the rate stated in item 13 from
     *(date):* July 15, 2025
     for each day that defendants remain in possession through entry of judgment.
  h. [ ] statutory damages up to $600 for the conduct alleged in item 14.
  i. [ ] other *(specify):*

**20. [X]** Number of pages attached *(specify):*   2

**UNLAWFUL DETAINER ASSISTANT  (Bus. & Prof. Code, §§ 6400–6415)**

21. [X] *(Complete in all cases.)* An unlawful detainer assistant    [X] did not    [ ] did
    for compensation give advice or assistance with this form. (*If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.*)

  a. Assistant's name:
  b. Street address, city, and zip code:

  c. Telephone no.:
  d. County of registration:
  e. Registration no.:
  f. Expires on *(date):*

Date: July 22, 2025

Joshua L. Kopple, Esq.
_____
(TYPE OR PRINT NAME)

▶   *Joshua Kopple*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Please See Attachment
_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE OF PLAINTIFF)

UD-100 [Rev. January 1, 2024]
CEB Essential Forms
ceb.com
**COMPLAINT — UNLAWFUL DETAINER**
Page 4 of 4
Print this Form
Doc ID: 498b82b350f251b77a985b082971a5141a975a04

1    **VERIFICATION**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3    I have read the forgoing Complaint For Unlawful Detainer.

4    **CHECK APPLICABLE PARAGRAPHS**

5    ___ I am a party to this action. The matters stated in the foregoing document are true of my own

6    knowledge except as to those matters which are stated on information and belief, and as those

7    matters I believe them to be true.

8

9    I am ✔ the managing member ___ a partner ___ a trustee ___ the president, of the Plaintiff, a

10    party to this action, and am authorized to make this verification for and on its behalf, and I make

11    this verification for that reason. I am informed and believe and on that ground allege that the

12    matters stated in the foregoing document are true. The matter stated in the foregoing document

13    are true of my own knowledge except as to those matters which are stated on information and

14    belief, and as to those matters I believe them to be true.

15

16    ___ I am one of the attorneys for_____, a party to this

17    action. Such party is absent from the county of aforesaid where such attorneys have their offices,

18    and I make this verification for and on behalf of that party for that reason. I am informed and

19    believe and on that ground allege that the matters stated in the foregoing document are true.

20

21    Executed on ____07 / 22 / 2025_____, at Los Angeles, California.

22    I declare under penalty of perjury under the laws of the State of California that the foregoing is

23    true and correct.

24

25

26    Madelynn Kopple

27    Name                                    Signature

28

# THREE-DAY NOTICE TO PAY RENT OR QUIT

TO: __Nunzio Donato Ciaraulo__

## AND ALL OTHERS IN POSSESSION:

YOU ARE HEREBY NOTIFIED that pursuant to the lease or rental agreement under which you hold the possession of the hereinafter described premises, there is now due and unpaid rent in the total sum of:

( __Sixteen Thousand Seventy Nine Dollars and Fourty Six Cents__ ) $ __16,079.46__

representing rent due from __January 2025__ through __July 2025__

YOU ARE FURTHER NOTIFIED that within three (3) days, excluding Saturdays and Sundays and other judicial holidays, after service of this Notice on you, you must pay the amount of said rent in full or quit said premises and deliver up possession of the same to the landlord/agent or the landlord/agent will institute legal proceedings for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover rent and damages.

YOU ARE FURTHER NOTIFIED that by this Notice the landlord/agent elects to and does declare a forfeiture of said lease or rental agreement if said rent is not paid in full within the said three (3) days, excluding Saturdays and Sundays and other judicial holidays. The premises are

located at: __1520 Hayworth Avenue #11 Los Angeles, CA 90046__

Person to Pay __Madelynn Kopple__ (An Individual's Name)

Address to pay __3019 Wilshire Blvd., Suite 285, Santa Monica, CA 90403__

** Please note: If a person is unavailable to collect rent, the payment is to be mailed to the address above.

Phone Number __(310) 451-2845__ (Payment may be made at any time within the time stated: (Monday through Friday 8:30 AM through 5:30 PM)

Number of bedrooms at premises: __2__

The three-day period to comply with this notice begins the next day after this notice is served excluding Saturdays, Sundays, and judicial holidays.

LANDLORD/AGENT __KFT Properties, LLC__ Service Date: __7/16/2025__

At this time, we have not been informed that your unit is in need of any repairs. We take our responsibility as a landlord very seriously. If you believe that items need to be corrected, please address those issues in writing and we will immediately inspect and make necessary repairs. Of course, if we do not receive any written repair requests, we will assume that there are no items that need to be corrected at this time.

( __X__ ) A copy of this notice has been submitted/filed to the local housing department, pursuant to local city or county law.

**EXHIBIT 2**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (310) 451-2543 | FOR COURT USE ONLY |
|---|---|---|
| KFT Properties, LLC<br>3019 Wilshire Blvd Suite 285<br>Santa Monica, CA 90403<br>ATTORNEY FOR   Plaintiff | | |

| SHORT TITLE OF CASE:<br>KFT Properties, LLC v. Ciaraulo, Nunzio Donato | | | |
|---|---|---|---|
| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | | Ref. No. or File No: |

I, the undersigned, declare that I served the tenant with the: **Three Day Notice to Pay Rent or Quit**

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **7/16/2025 at 06:54 PM**, I completed service by Serving said notice as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **Nunzio Donato Ciaraulo and All others in Possession**

On: 7/16/2025          At: 06:54 PM

**POSTING & MAILING** : On the date set forth above, I served the Notice to the Tenant(s) named herein by Posting a copy of the Notice in a conspicuous place on the Premises because there was no person of suitable age or discretion found at the Premises at the time I was there, or no one answered the door. On the same day as I posted the Notice, I also Mailed copies of the Notice to the Tenant(s) named herein by depositing a sealed envelope with First Class postage fully prepaid, in the United States Mail, addressed to the Tenant(s) named herein at the Premises address: **1520 Hayworth Ave #11  Los Angeles, CA 90046**

Person Who served papers:
 a. Name: **Esmeralda Pech**
 b. Address: **3837 Glendon Ave 203, Los Angeles, CA 90034**
 c. Telephone number: **818-445-7448**
 d. The fee for this service was: **80.00**
 e. I am:
 (3) [X] a registered California process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: **2015328418**
      (iii) County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


By the Book Attorney Service

*Esmeralda Pech*
Esmeralda Pech                                    Date: 07/16/2025

EXHIBIT 3

Doc ID: 499h82h350f251h77a885b082871a5141a975e04

Change Document Font | Size          Check Spelling | Email Form | Save Form

**CM-010**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>The Kopple Law Group, Inc.<br>Joshua L. Kopple, Esq.    (SBN: 294704)<br>8938 W. Pico Blvd.<br>Los Angeles, CA 90035<br>  TELEPHONE NO.: 323-391-1552    FAX NO. *(Optional):* N/A<br>  E-MAIL ADDRESS: jlk@kopplelaw.com<br>ATTORNEY FOR *(Name):* KFT Properties, LLC | **FOR COURT USE ONLY**<br><br>Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>7/22/2025 3:58 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By F. Ochoa, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
  STREET ADDRESS: 111 North Hill Street
  MAILING ADDRESS: 111 North Hill Street
  CITY AND ZIP CODE: Los Angeles, CA 90012
  BRANCH NAME: Stanley Mosk Courthouse

**CASE NAME:** KFT Properties, LLC    v.  Ciaraulo, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | **CASE NUMBER:** |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | ☒ Limited<br>(Amount<br>demanded is<br>$35,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 25STUD07793<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☒ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☒ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more
        issues that will be time-consuming to resolve              courts in other counties, states, or countries, or in a federal
                                                                     court
   c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):*  a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*  One
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 22, 2025
Joshua L. Kopple, Esq.                                    ▶  *Joshua Kopple*
        (TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | ▓CEB▓ Essential<br>ceb.com ▓Forms | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

Doc ID: 99a73e9a0a39f7963b1def06a744d48f5889eca3

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

| SHORT TITLE | CASE NUMBER |
|---|---|
| KFT Properties, LLC  v.  Ciaraulo, et al. | 25STUD07783 |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1.   Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7.   Location where petitioner resides. |
| 2.   Permissive filing in Central District. | 8.   Location wherein defendant/respondent functions wholly. |
| 3.   Location where cause of action arose. | 9.   Location where one or more of the parties reside. |
| 4.   Location where bodily injury, death or damage occurred. | 10.   Location of Labor Commissioner Office. |
| 5.   Location where performance required, or defendant resides. | 11.   Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6.   Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

LASC CIV 109 Rev. 01/23     **CIVIL CASE COVER SHEET ADDENDUM**     LASC Local Rule 2.3
For Mandatory Use              **AND STATEMENT OF LOCATION**

Doc ID: 88a73a9a0a39f7863b1def08e744d48f5889eca3

| SHORT TITLE | CASE NUMBER |
|---|---|
| KFT Properties, LLC  v.  Ciaraulo, et al. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g. bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

LASC CIV 109 Rev. 01/23

For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

Doc ID: 00a73a9a0a39f7963b1def06e744d4f5888aca3

| SHORT TITLE | CASE NUMBER |
|---|---|
| KFT Properties, LLC  v.  Ciaraulo, et al. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Contract**<br>**(Continued)** | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/<br>negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/<br>Inverse<br>Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>                     Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction<br>(33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real<br>Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain,<br>landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer<br>– Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful<br>eviction) | 6, 11 |
| | Unlawful Detainer<br>– Residential (32) | ☑ 3201 Unlawful Detainer – Residential (not drugs or wrongful<br>eviction) | 6, 11 |
| | Unlawful Detainer<br>– Post Foreclosure<br>(34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer<br>– Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture<br>(05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re<br>Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate<br>(02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial<br>Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

LASC CIV 109 Rev. 01/23          **CIVIL CASE COVER SHEET ADDENDUM**          LASC Local Rule 2.3
For Mandatory Use                      **AND STATEMENT OF LOCATION**

Doc ID: 89a73a9a0a39f7963b1daf08a744d48f5889aca3

| SHORT TITLE | CASE NUMBER |
|---|---|
| KFT Properties, LLC   v. Ciaraulo, et al. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|---|
| **Provisionally Complex Litigation (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | | 2, 3, 9 |
| | | ☐ 4304 Election Contest | | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | | 2, 9 |

LASC CIV 109 Rev. 01/23    **CIVIL CASE COVER SHEET ADDENDUM**    LASC Local Rule 2.3
For Mandatory Use    **AND STATEMENT OF LOCATION**

Doc ID: 99c73e9e0a39f7983b1def08e744d4f85868aca3

| SHORT TITLE | CASE NUMBER |
|---|---|
| KPT Properties, LLC  v. Ciaraulo, et al. | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☐ 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☑ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☑ 11 | ADDRESS:<br>1520 Hayworth Avenue #11 |
|---|---|
| CITY:<br>Los Angeles | STATE:<br>CA | ZIP CODE:<br>90046 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___Central Judicial___ District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: __July 22, 2025__ 

*Joshua Kopple*

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

Doc ID: 98a75e8a0a38f7865b1def08a744d48f5889aca3